UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHERYL A. THACKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CV-191 |
| ) | (Phillips/Shirley) |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Social Security appeal is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge C. Clifford Shirley [Doc. 25]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the magistrate judge's conclusion that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted, and that plaintiff's counsel be awarded attorney fees in the amount of **$2,841.80**. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 25] under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is

1

**ORDERED,** for the reasons stated in the R&R [Doc. 25], which the Court adopts and incorporates into its ruling, that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [Doc. 21] is **GRANTED, whereby plaintiff is awarded attorney fees in the amount of $2,841.80**.

    **IT IS SO ORDERED.**

                      **ENTER:**

                          <u>s/ Thomas W. Phillips</u>
                          United States District Judge